AGNES FLORIAN MULLIN, Individually and as Executrix, etc., of FRANCIS B. MULLIN, Deceased, Respondent, v. R. JEROME MULLIN, Individually and as Surviving Partner, etc., Appellant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Rich, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SZERLIP, Relator, v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.— Motion denied. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

GEORGE W. BURDETT, Appellant, v. ROSETTA C. BURDETT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

ROBERT E. BUTTERFIELD, Respondent, v. MINNIE PILEGGI, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days upon payment of costs. No opinion. Rich, Kelly, Jaycox, Kelby and Young, JJ., concur.

ALBERT P. COLLINS, Appellant, v. ABRAHAM GOLDSMITH and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. This court makes the following additional finding of fact: XXXVI. That the check for thirty-seven dollars and fifty cents mailed by the defendant Abraham Goldsmith on September 4, 1920, to Morris Simon to pay the interest due on said mortgage as above found, was received by said Simon in due course of mail and retained by him. Also the following additional conclusion of law: XI. That the receipt and retention by said Morris Simon of the check for thirty-seven dollars and fifty cents mailed by said defendant Abraham Goldsmith to pay the interest on said mortgage due September 1, 1920, as above found, constituted and was a valid tender to plaintiff's assignors prior to the assignment of the amount of said interest, and the defendant Abraham Goldsmith was not in default in the payment of interest due upon said mortgage at the time of the commencement of this action. That the present conclusion of law numbered XI should be renumbered XII. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order before Mr. Justice Young.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of CLARICE DEVONISH, Respondent, v. FITZERLAND WATSON, Appellant.— While we are slow to interfere with the findings of the trial court in this class of cases, the date of the alleged intercourse, as testified to by the complainant, is squarely contradicted by the evidence of the disinterested witness Redman, and we, therefore, think that in the interests of justice we should order a new trial, where the matter may be more fully investigated. The order is reversed and a new trial ordered. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

GEORGE J. CULLEN, Appellant, v. NINTH AVENUE RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.